Robert J. Lauson, Esq., CA Bar No. 175486
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245
Phone: (310) 726-0892
Fax: (310) 726-0893
Email: bob@lauson.com

Attorneys for Defendants
Abaco Machines USA, Inc.,
Ausavina, and
Nhon Hoa "Harry" Nguyen

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| AARDWOLF INDUSTRIES LLC, | CASE NO.:2:16-cv-01968-GW-JEM |
| Plaintiff, | *Discovery Matter* |
| v. | [Proposed] Order Awarding Attorneys' Fees To Defendants Following *Ex Parte* Discovery Motions |
| ABACO MACHINES USA, INC., AUSAVINA, and NHON HOA "HARRY" NGUYEN | |
| Defendants | |

In furtherance of the Court's orders awarding attorneys' fees (docs. 106 and 116), and Defendants' showing the amounts incurred (doc. 121), and any timely opposition, THE COURT ORDERS THAT Plaintiff and/or Plaintiff's attorney shall pay to Defendants' attorney the amount of $4,200 within ten (10) calendar days of entry of this order.

Dated: ~~June~~ July 5, 2017

Magistrate, United States District Court

Presented By:

LAUSON & TARVER, LLP

By: /s/ Robert J. Lauson
Robert J. Lauson, Esq.
Attorney for Defendants
ABACO MACHINES USA, INC.,
AUSAVINA, and
NHON HOA "HARRY" NGUYEN