Alan Goldberg (136988)
The Law Office of Alan Goldberg
5660 Etiwanda Ave. Suite 3
Tarzana, CA 91356
Office: (818) 921-2226
Fax: (818) 936-0345
alangoldberglaw@gmail.com

Eric J. Menhart (*Admitted Pro Hac Vice)*
Lexero Law
316 F Street NE, Suite 101
Washington, DC 20002
Office: (855) 453-9376
Fax: (855) 453-9376
Eric.Menhart@Lexero.com

Attorneys for Plaintiff Aardwolf Industries LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| AARDWOLF INDUSTRIES LLC | Case No. 2:16-cv-01968-GW-JEM |
| Plaintiff, | **AFFIDAVIT OF ERIC MENHART** |
| v. | |
| ABACO MACHINES USA, INC. et al. | |
| Defendants. | |

1    1. I am a licensed attorney in the District of Columbia and admitted *pro*

2 *hac vice* in this matter.

3    2. I am an attorney of record for the Plaintiff in this matter.

4    3. Plaintiff provided Production 1 to Defendants on April 27, 2017. *See*

5 Exhibit #1.

6    4. Production 1 contained Aardwolf 000064-000084. *See* Exhibit #2.

7    5. Aardwolf 000064-000084 are screenshots of Defendants' infringing

8 Facebook page, taken July 18, 2016.

9    6. Aardwolf 000064-000084 were referenced in Plaintiff's Reply to

10 Defendants' First Set of Interrogatories within the responses to Interrogatories

11 One, Two, Three, Eleven, and Twelve.

12    7. Aardwolf 000064-000084 were referenced in Plaintiff's Reply to

13 Defendants' First Set of Requests for Production within the responses to Requests

14 Two, Three, Four, Fifteen, Sixteen, Thirty-Four, Thirty-Five, and Forty.

15    8. Plaintiff has no control over the Facebook account, nor have they

16 ever.

17    9. Plaintiff does not know the password to the Facebook account and at

18 no time changed said password.

19    10.Plaintiff discovered the infringing YouTube video on June 12, 2017.

20 A screencast of the same is publicly available here: http://bit.ly/2rX5kee

21    11.Plaintiff showed the video to Defendant Nguyen ten days later, at his

22 deposition on June 22, 2017, via my direct examination.

23

24

I certify under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

_____

Eric J. Menhart