# Aardwolf's Answers to Abaco RFPs

|  |  |
|---:|:---|
| **From:** | Eric Menhart <Matters@lexero.com> |
| **Sent** | Thursday 27 April, 2017 04:55 pm |
| **To:** | Robert Lauson <bob@lauson.com>, Valerie Nichols <valerie@lauson.com> |
| **Subject:** | Aardwolf's Answers to Abaco RFPs |
| **Attachments:** | 20170427 - Aardwolf's Answers to Abaco's RFPs.pdf |
| **Associations:** | Eric Menhart [17], Aardwolf [302] |

Please find enclosed Aardwolf's Answers to Abaco's Request for Production. The document files are available for download here:

**Native Copies**

~~[redacted]~~

**PDF Copies**

~~[redacted]~~

These are both large zip files. Thank you.

Yours truly,

Eric Menhart, Esq.
Lexero Law Firm
316 F St NE, Suite 101, Washington, DC 20002
Phone: 855-4-LEXERO (855-453-9376) Ext. 101
Fax: 855-4-LEXERO (855-453-9376)
http://www.Lexero.com