Aardwolf USA | Facebook

Email or Phone
bingbaw05@yahoo.com

Password
●●●●●●●●●●●

Log In

Forgot account?

Create Page

## Aardwolf USA
Company

Contact Us

**Home**   About   Photos   Likes   More ▾

Company

Search for posts on this Page

PEOPLE

**7** likes

ABOUT

92 Vo Nguyen Giap St

**Aardwolf USA**
December 29, 2015 ·

--The Aardwolf Arcturus Lifter is specially designed for slabs from 3/4" - 4" (2 - 10 cm).
It has an extra part - a small plate called "clamp plate" to be used as a combination with the lifter to preclude fragile and brittle slabs from cracking.
ANDREA HO (Ms.) Skype: andrea.ho6
AARDWOLF CO.,LTD
Email: sales1@aardwolf-usa.com Web: www.aardwolf-usa.com

Aardwolf 000064

http://aardwolf-usa.com/

## PHOTOS



### VISITOR POSTS

Be the first to add a post.

Create Post



Like        Comment

---

 **Aardwolf USA**
December 29, 2015 ·

The Aardwolf New Generation Lifter is designed for your optimum performance. It has a vertical and powerful lift to raise and lower slabs and panels into places.

ANDREA HO (Ms.) Skype: andrea.ho6
AARDWOLF CO.,LTD
Email: sales1@aardwolf-usa.com Web: www.aardwolf-usa.com

See more of Aardwolf USA by logging into Facebook

See more of Aardwolf USA by logging into Facebook

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up     Log In



Like     Comment

 **Aardwolf USA** added a new photo.
December 24, 2015 ·

See more of Aardwolf USA by logging into Facebook

Aardwolf 000066

**See more of Aardwolf USA by logging into Facebook**

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up       Log In



Like       Comment

Aardwolf USA likes this.

1 share

**Aardwolf USA** updated their cover photo.
December 24, 2015 ·



See more of Aardwolf USA by logging into Facebook

See more of Aardwolf USA by logging into Facebook

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

**Sign Up**   Log In

---

**Aardwolf USA**   feeling excited.
December 14, 2015 ·

HAPPY NEW YEAR 2016!!!!!!
SALE OFF 5% ON THE FIRST INQUIRY.
CONTACT:
Email: sales1@aardwolf-usa.com
Skype: andrea.ho6



Like     Comment

---

**Aardwolf USA**
November 26, 2015 ·

See more of Aardwolf USA by logging into Facebook

Aardwolf 000068

**See more of Aardwolf USA by logging into Facebook**

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

[ Sign Up ]   [ Log In ]



Like     Comment

 **Aardwolf USA**
November 26, 2015 ·

SWIVEL SHACKLE
Code : AA-SWS02

The Aardwolf Swivel Shackle comes standard with all of our Little Giant Lifters and can be used with our Forklift Booms. It gives you the flexibility to rotate the slab 360º.

See more of Aardwolf USA by logging into Facebook

See more of Aardwolf USA by logging into Facebook

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up          Log In



Like          Comment

Aardwolf USA likes this.                                                      Chronological

 **Aardwolf USA** http://aardwolf-usa.com/swivel-shackle.html
December 13, 2015 at 5:30pm

 **Aardwolf USA**
November 26, 2015 ·

CABLE CONNECT SLING
Code : AA-SL017
    The Cable Connect Sling allows for extra lifting room when headroom is not an issue. It can be used with all of our Lifter and Forklift Booms.

See more of Aardwolf USA by logging into Facebook

See more of Aardwolf USA by logging into Facebook

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up          Log In



Like          Comment

Aardwolf USA likes this.                                          Chronological

 **Aardwolf USA** http://aardwolf-usa.com/cable-connect-sling.html
December 13, 2015 at 5:30pm

**Aardwolf USA**
November 26, 2015 ·

BOW SHACKLE
Code : AA-BS22

    The Bow Shackle is ideal for straight lifts where slab rotation is not an issue. It can be used with a Forklift Boom and any of our Aardwolf Lifters or the Scissor Clamp.

See more of Aardwolf USA by logging into Facebook

**See more of Aardwolf USA by logging into Facebook**

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

| Sign Up | Log In |



Like        Comment

Aardwolf USA likes this.                                                  Chronological

  **Aardwolf USA** http://aardwolf-usa.com/bow-shackle.html
December 13, 2015 at 5:31pm

**Aardwolf USA**
November 26, 2015 ·

SLAB EDGE GUARD
Code : AA-SEG20

COME 10 TO A PACKAGE
• Temporarily support counter tops, stone panels, etc. To avoid breaking, chipping, or scratching.... See More

See more of Aardwolf USA by logging into Facebook

## See more of Aardwolf USA by logging into Facebook

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

| Sign Up | Log In |



www.aardwolf-usa.com

Like    Comment

Aardwolf USA likes this.                                   Chronological

 **Aardwolf USA** http://aardwolf-usa.com/slab-edge-guard.html
December 13, 2015 at 5:31pm

**Aardwolf USA**
November 26, 2015 ·

STONEMASON SLEEVES
Code : AA-SMS019
The Aardwolf Stonemason Sleeves fit snugly around the wrist and upper sleeve area to prevent clothes from getting soaked during wet grinding.

See more of Aardwolf USA by logging into Facebook

See more of Aardwolf USA by logging into Facebook

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

[ Sign Up ]   [ Log In ]



Like      Comment

Aardwolf USA likes this.                                          Chronological

 **Aardwolf USA** http://aardwolf-usa.com/stonemason-sleeves.html
December 13, 2015 at 5:31pm

 **Aardwolf USA**
November 26, 2015 ·

STONE MASON APRON
Code : AA-SMA048

A Must Have Heavy Duty Apron for all Stonemasons.
• Revolutionizing the Industry.... See More

See more of Aardwolf USA by logging into Facebook

Aardwolf 000074

See more of Aardwolf USA by logging into Facebook

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up     Log In



Like          Comment

Aardwolf USA likes this.                                          Chronological


**Aardwolf USA** http://aardwolf-usa.com/stone-mason-apron.html
December 13, 2015 at 5:32pm

**Aardwolf USA**
November 26, 2015 ·

TILE SUCTION LIFTER
Code : AA-TSL4

Model Number: AA-TSL4
Diameter: 4 1/4" (107mm)... See More

See more of Aardwolf USA by logging into Facebook

**See more of Aardwolf USA by logging into Facebook**

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

| Sign Up | Log In |
| --- | --- |



Like   Comment

Aardwolf USA likes this.                                    Chronological

 **Aardwolf USA** http://aardwolf-usa.com/tile-suction-lifter.html
December 13, 2015 at 5:32pm

 **Aardwolf USA**
November 26, 2015 ·

SPARE POLES
Code : SPARE POLES

**See more of Aardwolf USA by logging into Facebook**

Aardwolf 000076

See more of Aardwolf USA by logging into Facebook

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up     Log In



Like     Comment

Aardwolf USA likes this.                                                    Chronological

 **Aardwolf USA** http://aardwolf-usa.com/spare-poles.html
December 13, 2015 at 5:32pm

**Aardwolf USA**
November 26, 2015 ·

MORTAR MIXER
Code : AA-MX100

Designed for mixing mortar with cement and sand within 3 to 5 minutes. Small Mortar mixer combines with the wheels system to move easily in narrow working place for one person job.... See More

See more of Aardwolf USA by logging into Facebook

Aardwolf 000077

**See more of Aardwolf USA by logging into Facebook**

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

| Sign Up | Log In |



| Like | Comment |

Aardwolf USA likes this.                                           Chronological

**Aardwolf USA** http://aardwolf-usa.com/mortar-mixer.html
December 13, 2015 at 5:32pm

**Aardwolf USA**
November 26, 2015 ·

DIAMOND BLADES
Code : AA-RCD, AA-RTS

Aardwolf 000078

See more of Aardwolf USA by logging into Facebook

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up Log In



| | | | | | |
|---|---|---|---|---|---|
| | WTT12211 | 300 | | 30/25.4 | Lacquer | |
| | WTT14211 | 300 | 2.2 x 7 | | | |
| | RCD15211 | 300 | 2.6 x 7 | 30/25.4 | Lacquer | A 30/25.4 washer is added |
| | RCD14211 | 300 | | | | |

| | Item No. | Diameter | Seg size (8set) | Arbor | Color | Note |
|---|---|---|---|---|---|---|
| | BTN12192 | 300 | 3.0 x 10 | 30/25.4 | Lacquer | A 30/25.4 washer is added |
| | BSN14161 | 300 | | | | |
| | RTPN12162 | 300 | | 30/25.4 | Lacquer | A 30/25.4 washer is added |
| | RTPN14162 | 300 | 3.2 x 7 | | | |

**DIAMOND BLADES**   www.aardwolf-usa.com   61

---

Like          Comment

Aardwolf USA likes this.                                              Chronological

 **Aardwolf USA** http://aardwolf-usa.com/diamond-blades.html
December 13, 2015 at 5:33pm

---

**Aardwolf USA**
November 26, 2015 ·

DIAMOND PROFILE WHEELS
Code : AA-SB

See more of Aardwolf USA by logging into Facebook

Aardwolf 000079

See more of Aardwolf USA by logging into Facebook

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up          Log In



Like          Comment

Aardwolf USA likes this.                                          Chronological

 **Aardwolf USA** http://aardwolf-usa.com/diamond-profile-wheels.html
December 13, 2015 at 5:33pm

**Aardwolf USA**
November 26, 2015 ·

DEHYDRATOR
Code : AA-DE089

· The Aardwolf Dehydrator is a dehydration system for the fast collection and trapping of the abrasive mud produced by machining and finishing marble, granite, and other stone. The Aardwolf Dehydrator is an economical, one step method in separating and dewatering sludges and slurries. The Dehydrator is constructed of Stainless Steel and consists of

See more of Aardwolf USA by logging into Facebook

Aardwolf 000080

See more of Aardwolf USA by logging into Facebook

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up          Log In



Like          Comment

Aardwolf USA likes this.                                        Chronological



**Aardwolf USA** http://aardwolf-usa.com/dehydrator.html
December 13, 2015 at 5:33pm

**Aardwolf USA**
November 26, 2015 ·

COLLAPSIBLE DUMPSTER
Code : AA-CD

- A must for every workshop or warehouse! The Collapsible Dumpster is always a handy way to keep your workshop floor clean and safe. The Dumpster is constructed with heavy gauge sheets, angle and channel steel.
- Collapsible Dumpster Features: ... See More

See more of Aardwolf USA by logging into Facebook

Aardwolf 000081

See more of Aardwolf USA by logging into Facebook

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up          Log In



**COLLAPSIBLE DUMPSTER**

**COLLAPSIBLE DUMPSTER**

Like          Comment          Share

Aardwolf USA likes this.                                    Chronological

**Aardwolf USA**
November 26, 2015 ·

MITRE SAW MS2
Code : AA-MS2

SAFE
ACCURATE... See More

See more of Aardwolf USA by logging into Facebook

Aardwolf 000082

## See more of Aardwolf USA by logging into Facebook

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

| Sign Up | Log In |
|---------|--------|

**MITRE SAW MS2**

**MITRE SAW MS2**

Like          Comment          Share

Aardwolf USA likes this.                                    Chronological

**Aardwolf USA** http://aardwolf-usa.com/mitre-saw-ms2.html
December 13, 2015 at 5:34pm

See More

See more of Aardwolf USA by logging into Facebook

Aardwolf 000083

## See more of Aardwolf USA by logging into Facebook

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up

Log In

See more of Aardwolf USA by logging into Facebook