# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-1968-GW(JEMx) | Date | April 13, 2018 |
|---|---|---|---|
| Title | *Aardwolf Industries, LLC v. Abaco Machines USA, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - COURT ORDER**

As discussed at the April 12, 2018 hearing on Defendant's Motion-in-Limine No. 8 and for the reasons stated on the record, the Court will strike Brian Buss's expert report because it is insurmountably based on errors of law (e.g. that Plaintiff has a trade dress basis for damages in this case) as well as apparent errors of fact (e.g. as to certain operative dates). However, the Court will allow Plaintiff to submit a revised expert's report by noon on April 16, 2018 and allow Defendant's to depose Buss on that report by close of business on April 18 (the cost of any such deposition to be borne by Plaintiff. Defendant is also free to move to strike the revised report if it has inadmissible content.

As to Defendant's Motion-in-Limine No. 11, it is denied. Plaintiff did not clearly renounce any intent not to seek statutory trademark infringement damages in this action. Indeed, when this Court initially issued a ruling which implied that such damages were not available to it, Plaintiff moved for a clarification indicating that it could ask for such damages and this Court agreed and revised its ruling. *See* Docket No. 238 at page 4 of 6.

|  | : |
|---|---|
| Initials of Preparer | JG |