Robert J. Lauson, Esq., CA Bar No. 175,486
Michael R. Blaha, Esq. CA Bar No. 89,209
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245
Phone: (310) 726-0892
Fax: (310) 726-0893
Email: bob@lauson.com
       mike@blahalaw.com

Attorneys for Defendants
Abaco Machines USA, Inc.,
Nhon Hoa "Harry" Nguyen

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| AARDWOLF INDUSTRIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>ABACO MACHINES USA, INC., et al.<br><br>Defendants. | **CASE NO.: CV 16-1968-GW(JEMx)**<br><br>**Order Granting Defendants' Application To File Plaintiff's Revised Expert Report of Brian Buss Under Seal**<br><br>Date: Thurs. April 19, 2018<br>Time: 8:30 a.m.<br>Place: Via Telephone |

The Court having considered Defendants' application for an order authorizing the filing of Plaintiff's revised expert report of Brian Buss under seal, finds good cause exists and GRANTS the request. The clerk is hereby ordered to file said document under seal.

IT IS SO ORDERED.

Dated: April 23, 2018

_____
GEORGE H. WU, U.S. District Judge

Presented by:

LAUSON & TARVER LLP

By: /s/ Robert J. Lauson
Robert J. Lauson, Esq.,
Attorney for Defendants