Alan Goldberg (136988)
The Law Office of Alan Goldberg
5660 Etiwanda Ave. Suite 3
Tarzana, CA 91356
Office: (818) 921-2226
Fax: (818) 936-0345
alangoldberglaw@gmail.com

Eric J. Menhart (*Admitted Pro Hac Vice*)
Lexero Law
316 F Street NE, Suite 101
Washington, DC 20002
Office: (855) 453-9376
Fax: (855) 453-9376
Eric.Menhart@Lexero.com

Attorneys for Plaintiff Aardwolf Industries LLC

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| AARDWOLF INDUSTRIES LLC, *Plaintiff*, v. ABACO MACHINES USA, INC. et al. *Defendants*. | Case No. CV 16-1968-GW(JEMx) **ORDER RE DISMISSAL OF MATTER** |

1 | Having considered the Parties' Joint Stipulation of Dismissal, it hereby ordered that this matter is DISMISSED, with prejudice.

However, the Court expressly retains jurisdiction to interpret and enforce the terms of the Settlement Agreement between the parties.

IT IS SO ORDERED.

Dated: June 8, 2018.

_____
GEORGE H. WU, U.S. District Judge